■ ILENE L. FLAUM, Doing Business as FLAUM PROPERTIES Co., as Successor-in-Interest to the Estate of BERNARD P. BIRN-

BAUM, Respondent, v CITY MATTRESS, INC., Appellant. (Appeal No. 1.) [758 NYS2d 592] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered May 1, 2002, which granted judgment in favor of plaintiff on the balance due of $843.33 per month for the months of December 1996 through March 1999, together with interest, and awarded attorney's fees to plaintiff.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.,* 147 AD2d 977 [1989]). Present—Wisner, J.P., Scudder, Kehoe, Gorski and Lawton, JJ.